**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CR-02425-MV |
| | ) | |
| LELAND MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO JOIN DEFENDANTS' UNOPPOSED MOTION TO
CONTINUE DOCKET CALL AND JURY TRIAL**

COMES NOW Defendant Leland Martinez, by and through his attorney Nicole W. Moss, and moves to Join defendant David M. Parrish's Unopposed Motion to Continue Docket Call and Jury Trial.  In support of the motion, the defendant states as follows:

1.      The defendant was indicted on July 27, 2018 on one count of Conspiracy and four counts of Theft from the United States, and Aiding and Abetting contrary to 18 U.S.C. §§ 371, 641 and 2 [Doc. 2].

2.      The aforementioned charges stem from an alleged conspiracy wherein the defendants conspired to use government-issued credit cards to purchase items for personal use. This alleged conspiracy occurred from on or about August 3, 2013 through December 31, 2016.

3.      Mr. Martinez was arraigned on these charges on August 7, 2018 and conditions of release were imposed at that time. Mr. Martinez remains out of custody and in compliance with his conditions of release.

4.     This matter is currently scheduled on the Court's November 30, 2018 Docket Call and the December 17, 2018 trailing docket [Doc. 23].

5.     This is the second trial setting for the instant matter.

6.     In early August of 2018 the United States provided defense counsel with discovery, including approximately 1,500 pages of documents, as well as, numerous audio recordings and photographs. Defense counsel has reviewed this information and discussed it with the defendant.

7.     The parties have engaged in plea negotiations but at this point have not reached an agreement regarding resolution of this matter. Additional time is necessary to complete plea negotiations and determine whether trial will be necessary in this matter.

8.     Under the Speedy Trial Act, a trial must commence within seventy days of the defendant's first appearance in District Court, the filing of an Information, or the return of an Indictment, whichever is later. 18 U.S.C. § 3161, subd. (c)(1). Some delay can be excluded from this requirement if the defendant files pre-trial motions, if the defendant is subjected to other, related proceedings, or if the District Court determines that the ends of justice will be served by granting the requested continuance. 18 U.S.C. § 3161, subd. (h)(1)(D), (h)(1)(B and (h)(7)(A). In order to justify a continuance based on the ends of justice, the record must contain a detailed explanation for why the mere occurrence of the event identified by the party seeking a continuance results in the need for additional time. *United States v. Toombs*, 574 F.3d 1262, 1271 (10th Cir. 2009).

9.  Co-defendant David M. Parrish filed an Unopposed Motion to Continue Docket Call and Jury Trial [Doc. 25] on November 21, 2018. Defendant Martinez seeks leave of this Court to join in Defendant Parrish's motion.

10. Defendant seeks to continue the December 17, 2018 trial setting and all associated deadlines by thirty (30) days to allow defense counsel adequate time to investigate this matter and research, draft and file any necessary motions, complete plea negotiations and prepare for trial if necessary.

11. Based on this information provided herein, and in balancing the best interests of the public and the defendant, the ends of justice would be served by the granting of this continuance of trial and motions deadline. *See* 18 U.S.C. § 3161(h)(7); *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

12. Mr. Martinez respectfully requests that the time between December 17, 2018 and the next trial setting be excluded for purposes of the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A).

13. Assistant United States Attorney, Paul Mysliwiec, has no objection to the relief sought in this motion.

WHEREFORE, the Defendant Leland Martinez respectfully requests that this Court enter an order continuing the trial scheduled on the December 17, 2018 calendar for thirty (30) days.

Respectfully submitted by:

 /s/ Nicole W. Moss
Nicole W. Moss
Law Office of Nicole W. Moss
201 12th Street N.W.
Albuquerque, NM 87102
(505) 244-0950

3

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered to AUSA Paul Mysliwiec via CM/ECF, this 26th day of November, 2018.

/s/ Nicole W. Moss____
Nicole W. Moss

4