# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CR-02425-MV |
| | ) | |
| SIMON NUNEZ and | ) | |
| LELAND MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED JOINT MOTION TO CONTINUE DOCKET CALL AND JURY TRIAL

COMES NOW Defendant Leland Martinez, by and through his attorney Nicole W. Moss, and Defendant Simon Nunez, by and through his attorney Ian F. King, and hereby jointly move the Court for an order to continue the docket call, all associated deadlines and jury trial currently scheduled in this matter.  In support of the motion, Defendants state as follows:

1.      The defendants were indicted on July 27, 2018. Mr. Martinez was indicted on one count of Conspiracy and four counts of Theft from the United States, and Aiding and Abetting contrary to 18 U.S.C. §§ 371, 641 and 2 [Doc. 2].

2.      Mr. Nunez was indicted on one count of Conspiracy, seven counts of Theft from the United States, and Aiding and Abetting, and one count of False Statements contrary to 18 U.S.C. §§ 371, 641 and 2, and 1001(a)(2) [Doc. 2].

3.      The aforementioned charges stem from an alleged conspiracy wherein the defendants conspired to use government-issued credit cards to purchase items for personal use. This alleged conspiracy occurred from on or about August 3, 2013 through December 31, 2016.

4.    Both defendants were arraigned on these charges on August 7, 2018 and conditions of release were imposed at that time. Both defendants remain out of custody and in compliance with their conditions of release.

5.    This matter is currently scheduled on the Court's February 8, 2019 Docket Call and the February 25, 2019 trailing docket [Doc. 28].

6.    This is the third trial setting for the instant matter.

7.    In early August of 2018 the United States provided defense counsel with discovery, including approximately 1,500 pages of documents, as well as, numerous audio recordings and photographs. Defense counsel have reviewed this information, discussed it with their clients and have engaged in plea negotiations with the government.

8.    On January 24, 2019 co-defendant David Parrish entered a plea of guilty to the indictment and is currently pending sentencing.

9.    As a result of Defendant Parrish's plea, defense counsel are engaging in renewed plea negotiations.

10.    The parties have not yet reached an agreement regarding resolution of this matter. Additional time is necessary to complete plea negotiations and determine whether trial will be necessary in this matter.

11.    Under the Speedy Trial Act, a trial must commence within seventy days of the defendant's first appearance in District Court, the filing of an Information, or the return of an Indictment, whichever is later. 18 U.S.C. § 3161, subd. (c)(1). Some delay can be excluded from this requirement if the defendant files pre-trial motions, if the defendant is subjected to other, related

proceedings, or if the District Court determines that the ends of justice will be served by granting the requested continuance. 18 U.S.C. § 3161, subd. (h)(1)(D), (h)(1)(B and (h)(7)(A). In order to justify a continuance based on the ends of justice, the record must contain a detailed explanation for why the mere occurrence of the event identified by the party seeking a continuance results in the need for additional time. *United States v. Toombs*, 574 F.3d 1262, 1271 (10th Cir. 2009).

12.    Defendant seeks to continue the February 25, 2019 trial setting and all associated deadlines by sixty (60) days to complete plea negotiations and prepare for trial if necessary.

13.    Based on this information provided herein, and in balancing the best interests of the public and the defendant, the ends of justice would be served by the granting of this continuance of trial and motions deadline. *See* 18 U.S.C. § 3161(h)(7); *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

14.    Mr. Martinez and Mr. Nunez respectfully request that the time between February 25, 2019 and the next trial setting be excluded for purposes of the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A).

15.    Counsel for co-defendant David Parrish, Joseph Gribble, was not consulted since Mr. Parrish has already entered a guilty plea and is pending sentencing.

16.    Assistant United States Attorney, Paul Mysliwiec, has no objection to the relief sought in this motion.

3

WHEREFORE, the Defendants Simon Nunez and Leland Martinez respectfully request that this Court enter an order continuing the docket call scheduled for February 8, 2019, the trial scheduled on the February 25, 2019 calendar and all associated deadlines for sixty (60) days.

Respectfully submitted by:

 /s/ Nicole W. Moss
Nicole W. Moss
Law Office of Nicole W. Moss
201 12th Street N.W.
Albuquerque, NM 87102
(505) 244-0950

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered to all counsel of record via CM/ECF, this 2nd day of February, 2019.

/s/ Nicole W. Moss_____
Nicole W. Moss