## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CR-02425-MV |
| | ) | |
| LELAND MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

Nicole W. Moss, counsel for the defendant, hereby gives this Court notice that she is unavailable on the following dates and for the following reasons.  Ms. Moss respectfully requests that the court not schedule hearings during this time period.

From July 19, 2019 through July 26, 2019, Ms. Moss will be on vacation out of state.

Respectfully submitted by:

 /s/ Nicole W. Moss
Nicole W. Moss
Law Office of Nicole W. Moss
201 12th Street N.W.
Albuquerque, NM 87102
(505) 244-0950

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered to AUSA Paul Mysliwiec via CM/ECF, this 15th day of July, 2019.

/s/ Nicole W. Moss
Nicole W. Moss